

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2014

No. 04-13-00762-CR

Ruben **NERIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR1529
The Honorable Angus K. McGinty, Judge Presiding

# O R D E R

Appellant's brief was originally due on February 26, 2014. Appellant is represented on appeal by appointed counsel, Mr. Mark E. Braswell. Mr. Braswell has been granted one extension of time in which to file the brief, until March 26, 2014. Neither the brief nor a motion for extension of time has been filed.

It is therefore, ORDERED that Mr. Braswell shall file appellant's brief in this court no later April 25, 2014. **No further extensions of time will be granted.** If Mr. Braswell fails to file appellant's brief by April 25, 2014, this cause will be abated for the trial court to conduct a hearing to determine whether: (1) appellant desires to prosecute his appeal; (2) appellant is indigent, and if so, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel; and (3) counsel has abandoned the appeal. Because sanctions may be necessary, the trial court will be asked to address this issue even if new counsel is retained or substituted before the date of the hearing.

The Clerk of this court shall cause a copy of this order to be served on Mr. Braswell by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2014.



Keith E. Hottle
Clerk of Court